```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
```

```
In re:                                                          Case No. 19-16288-elf
Michael J. Gildea                                               Chapter 13
Davona L. Gildea
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Virginia            Page 1 of 1          Date Rcvd: Oct 07, 2019
                              Form ID: 130              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2019.
db/jdb         +Michael J. Gildea,    Davona L. Gildea,    436 Prospect Road,    Springfield, PA 19064-2910

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2019 at the address(es) listed below:
              MICHAEL   GUMBEL    on behalf of Joint Debtor Davona L. Gildea mgumbel@bainbridgelawcenter.com
              MICHAEL   GUMBEL    on behalf of Debtor Michael J. Gildea mgumbel@bainbridgelawcenter.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                                    Chapter: 13

Michael J. Gildea and
Davona L. Gildea

                    Debtor(s)                 Bankruptcy No: 19−16288−elf

## *O R D E R*

**AND NOW,** this 7th day of October, 2019 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

      Documents and Deadline

      Atty Disclosure Statement due 10/20/2019
      Chapter 13 Plan due by 10/20/2019
      Schedules AB−J due 10/20/2019
      Statement of Financial Affairs due 10/20/2019
      Summary of Assets and Liabilities Form B106 due 10/20/2019
      Means Test Calculation B122C−2 due 10/20/2019
      Statement of Current Monthly Income B122C−1 due 10/20/2019
      Incomplete Filings due by 10/20/2019. Any request for an extension of time must be filed prior to the expiration of the deadlines listed.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Eric L. Frank
Judge , United States Bankruptcy Court

5
Form 130