**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    Michael J. Gildea | : | |
|    Davona L. Gildea | : | |
|       Debtor(s) | : | |
| | : | Bankruptcy No. 19-16288-ELF |

**ORDER**

**AND NOW,** this __23rd__ day of __October__, 2019, after consideration of the Debtor's Application for Extension of Time to file the Attorney Disclosure Statement, Chapter 13 Plan, Statement of Current Monthly Income, Schedules A-J, Statement of Financial Affairs, Summary and Statistical Summary, it is hereby

**ORDERED,** that the said Application is **GRANTED** and that the Debtor's right to file the missing documents is extended until __November 6, 2019__.

                                                        **BY THE COURT:**

                                            **ERIC L. FRANK**
                                            **U.S. BANKRUPTCY JUDGE**