United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                        Case No. 19-16288-elf
Michael J. Gildea                                            Chapter 13
Davona L. Gildea
          Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: Virginia        Page 1 of 1         Date Rcvd: Oct 24, 2019
                            Form ID: pdf900       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2019.
db/jdb        +Michael J. Gildea,   Davona L. Gildea,   436 Prospect Road,   Springfield, PA 19064-2910

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2019 at the address(es) listed below:
          MICHAEL  GUMBEL    on behalf of Joint Debtor Davona L. Gildea mgumbel@bainbridgelawcenter.com
          MICHAEL  GUMBEL    on behalf of Debtor Michael J. Gildea mgumbel@bainbridgelawcenter.com
          REBECCA ANN SOLARZ   on behalf of Creditor   MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                  TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                              :   Chapter 13
    Michael J. Gildea                          :
    Davona L. Gildea                            :
        Debtor(s)       :
                   :   Bankruptcy No. 19-16288-ELF

## ORDER

**AND NOW,** this _____ 23rd _____ day of _____ October _____, 2019, after

consideration of the Debtor's Application for Extension of Time to file the Attorney

Disclosure Statement, Chapter 13 Plan, Statement of Current Monthly Income,

Schedules A-J, Statement of Financial Affairs, Summary and Statistical

Summary, it is hereby

      **ORDERED,** that the said Application is **GRANTED** and that the Debtor's

right to file the missing documents is extended until **November 6, 2019** _____.

                           **BY THE COURT:**

                           _____
                           **ERIC L. FRANK**
                           **U.S. BANKRUPTCY JUDGE**