**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Michael J. Gildea | : | |
| Davona L. Gildea | : | |
| Debtor(s) | : | |
| | : | Bankruptcy No. 19-16288-ELF |

### PRAECIPE TO WITHDRAW DEBTOR'S ANSWER TO MOTION FOR RELIEF

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw Debtor's Answer to MTGLQ Investors, L.P.'s Motion for

Relief from Automatic Stay.

Dated: November 18, 2019          /s/ Mike Gumbel_____
MIKE GUMBEL, ESQ
850 South 2nd Street
Philadelphia, PA 19147
215-592-1899
215-592-8868-Fax