## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Michael J. Gildea<br>         Davona L. Gildea<br><br>              Debtor(s) | CHAPTER 13 |
| MTGLQ INVESTORS, L.P.<br><br>              Movant<br><br>         vs. | NO. 19-16288 ELF |
| Michael J. Gildea<br>Davona L. Gildea<br><br>              Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br><br>              Trustee | |

## ORDER

AND NOW, this 19th day of November , 2019 at Philadelphia, upon withdrawal of the Debtors' response to the Movant's Motion, it is **ORDERED** that:

the automatic stay under 11 U.S.C. Section 362, is **MODIFIED** ~~and annulled~~ to allow MTGLQ INVESTORS, L.P. and its successor in title to proceed with the ejectment action regarding the premises 436 Prospect Road Springfield, PA 19064. ~~Furthermore, further bankruptcy filings by either Debtor(s) and/or Occupants for a period of one hundred eighty (180) days hereof will not prevent Movant from proceeding with its ejectment action or any state court remedies~~. The stay provided pursuant to Bankruptcy Rule 4001(a)(3) is hereby waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**