United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael J. Gildea  
Davona L. Gildea  
     Debtors

Case No. 19-16288-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Christina     Page 1 of 1     Date Rcvd: Nov 19, 2019  
                          Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2019.  
db/jdb         +Michael J. Gildea,    Davona L. Gildea,    436 Prospect Road,    Springfield, PA 19064-2910

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2019 at the address(es) listed below:  
         MICHAEL    GUMBEL     on behalf of Joint Debtor Davona L. Gildea mgumbel@bainbridgelawcenter.com  
         MICHAEL    GUMBEL     on behalf of Debtor Michael J. Gildea mgumbel@bainbridgelawcenter.com  
         REBECCA ANN SOLARZ     on behalf of Creditor    MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                    TOTAL: 5

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael J. Gildea<br>Davona L. Gildea<br>              Debtor(s) | CHAPTER 13 |
| MTGLQ INVESTORS, L.P.<br>              Movant<br>vs. | NO. 19-16288 ELF |
| Michael J. Gildea<br>Davona L. Gildea<br>              Debtor(s)<br><br>William C. Miller Esq.<br>              Trustee | 11 U.S.C. Section 362 |

### ORDER

AND NOW, this 19th day of November, 2019 at Philadelphia, upon withdrawal of the Debtors' response to the Movant's Motion, it is **ORDERED** that:

the automatic stay under 11 U.S.C. Section 362, is **MODIFIED** ~~and annulled~~ to allow MTGLQ INVESTORS, L.P. and its successor in title to proceed with the ejectment action regarding the premises 436 Prospect Road Springfield, PA 19064. ~~Furthermore, further bankruptcy filings by either Debtor(s) and/or Occupants for a period of one hundred eighty (180) days hereof will not prevent Movant from proceeding with its ejectment action or any state court remedies~~. The stay provided pursuant to Bankruptcy Rule 4001(a)(3) is hereby waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**