# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-16288-ELF

MICHAEL J. GILDEA
DAVONA L. GILDEA
436 PROSPECT ROAD

SPRINGFIELD, PA 19064-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MICHAEL J. GILDEA
    DAVONA L. GILDEA
    436 PROSPECT ROAD

    SPRINGFIELD, PA 19064-

Counsel for debtor(s), by electronic notice only.

    MICHAEL GUMBEL
    850 S 2ND ST

    PHILADELPHIA, PA 19147

Date: 1/7/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee