**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
MICHAEL J. GILDEA  
DAVONA L. GILDEA

Chapter 13

          Debtor          Bankruptcy No. 19-16288-ELF

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: January 29, 2020**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL GUMBEL
850 S 2ND ST

PHILADELPHIA, PA 19147

Debtor:
MICHAEL J. GILDEA
DAVONA L. GILDEA
436 PROSPECT ROAD

SPRINGFIELD, PA 19064-