United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael J. Gildea
Davona L. Gildea
    Debtors

Case No. 19-16288-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Christina    Page 1 of 2    Date Rcvd: Jan 29, 2020
Form ID: pdf900    Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2020.

```
db/jdb        #+Michael J. Gildea,    Davona L. Gildea,    436 Prospect Road,    Springfield, PA 19064-2910
14400764       +Bank of Missouri,    PO Box 85710,    Sioux Falls, SD 57118-5710
14400767       +Consumer Portfolio Services,    19500 Jamboree Road, Ste 500,    Irvine, CA 92612-2437
14400770       +Edfinancial Services,    PO Box 36008,    Knoxville, TN 37930-6008
14400773       +First Premier Bank,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
14400775       +JPMCB Auto Finance,    PO Box 901003,    Fort Worth, TX 76101-2003
14400776       +KML Law Group,    701 Market Street, Ste 5000,    Philadelphia, PA 19106-1541
14400777       +MTGLQ Investors,    9990 Richmond Ave,    Ste 400 South,    Houston, TX 77042-4546
14433090       +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
14400780       +Santander Consumer USA,    PO Box 961245,    Fort Worth, TX 76161-0244
14400781        US Dept of Education,    3130 Fairview Park Dr,    Ste 800,    Chesapeake, VA 23323
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: megan.harper@phila.gov Jan 30 2020 03:27:30     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 30 2020 03:27:29     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14435335       +E-mail/Text: g20956@att.com Jan 30 2020 03:27:41     AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO  LEAD PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
14436934        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 30 2020 03:33:37
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14400765       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 30 2020 03:33:30     Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
14400766       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 30 2020 03:34:12
                 Capital One/Dress Bard,    PO Box 30258,    Salt Lake City, UT 84130-0258
14400768       +E-mail/PDF: creditonebknotifications@resurgent.com Jan 30 2020 03:33:35     Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
14400769       +E-mail/Text: electronicbkydocs@nelnet.net Jan 30 2020 03:27:26
                 Department of Education/Nelnet,    PO Box 82561,    Lincoln, NE 68501-2561
14400771       +E-mail/Text: bknotice@ercbpo.com Jan 30 2020 03:27:26     Enhanced Recovery,    PO Box 57547,
                 Jacksonville, FL 32241-7547
14400774        E-mail/Text: cio.bncmail@irs.gov Jan 30 2020 03:27:10     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
14400779        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2020 03:33:33
                 Portfolio Recovery,    120 Corporate Blvd,    Norfolk, VA 23502
14400778       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 30 2020 03:27:14
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
                 Harrisburg, PA 17128-0946
                                                                                               TOTAL: 12
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14400772      ##+EOS CCA,   PO Box 806,    Norwell, MA 02061-0806
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2020                          Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Christina              Page 2 of 2                   Date Rcvd: Jan 29, 2020
                              Form ID: pdf900              Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2020 at the address(es) listed below:
              MICHAEL    GUMBEL    on behalf of Joint Debtor Davona L. Gildea mgumbel@bainbridgelawcenter.com
              MICHAEL    GUMBEL    on behalf of Debtor Michael J. Gildea mgumbel@bainbridgelawcenter.com
              REBECCA ANN SOLARZ    on behalf of Creditor   MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                            TOTAL: 5
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
MICHAEL J. GILDEA
DAVONA L. GILDEA

Chapter 13

Debtor

Bankruptcy No. 19-16288-ELF

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: January 29, 2020**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL GUMBEL
850 S 2ND ST

PHILADELPHIA, PA 19147

Debtor:
MICHAEL J. GILDEA
DAVONA L. GILDEA
436 PROSPECT ROAD

SPRINGFIELD, PA 19064-